UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Power House Tool, Inc., an Illinois corporation,<br><br>And<br><br>JNT Technical Services, Inc. a New Jersey Corporation,<br><br>       Plaintiffs,<br>  vs.<br><br>Thermal Technologies, Inc. an Oklahoma Corporation,<br><br>And<br><br>Xtreme Bolting Services, Inc. an Oklahoma Corporation<br><br>       Defendants. | Case No.<br><br>```<br>FILED: JUNE 24, 2008<br>08CV3611<br>JUDGE MANNING<br>MAGISTRATE JUDGE BROWN<br><br>PH<br>``` |

**PLAINTIFFS'
POWER HOUSE TOOL, INC. and JNT TECHNICAL SERVICES, INC.
NOTICE OF PATENT SUIT**

### NOTICE OF PATENT SUIT

Please take notice, pursuant to 28 U.S.C. §§ 1391 and 1400(b), that on June 24, 2008, the above-referenced action was filed in the United States District Court for the Northern District of Illinois, Eastern Division, alleging, among other things, invalidity and non-infringement of U.S. Patent No. 7,141,766.

1

The names and addresses of the parties are as follows:

1.      Power House Tool, Inc. (POWER HOUSE TOOL) is a corporation of the State of Illinois with its principal place of business at 626 Nicholson Street, Joliet, Illinois 60435; and

JNT Technical Services, Inc. (JNT) is a corporation of the State of New Jersey with its principal place of business at 85 Industrial Avenue, Little Ferry, New Jersey 07643.

2.      On information and belief, defendant Thermal Technologies, Inc. (Thermal) is a corporation of the State of Oklahoma with its principal place of business at 500 S. Lynn Riggs, PMS 125, Claremore, OK 74107; and

Xtreme Bolting Services, Inc. (Xtreme) is a corporation of the state of Oklahoma with its principal place of business at 500 S. Lynn Riggs, PMS 125, Claremore, OK 74107.

The named inventors of the patent in suit are Glenn F. Jorgensen, Michael W. Kelly and Laura Patterson.

Dated:   June 24, 2008                                 Respectfully submitted,

                                        By:      /Kevin W. Guynn
                                                 Kevin W. Guynn (ARDC No. 03124379)
                                                 Greer, Burns & Crain, LTD.
                                                 Suite 2500
                                                 300 South Wacker Drive
                                                 Chicago, IL 60606
                                                 Telephone: (312) 360-0080