UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Power House Tool, Inc., an Illinois corporation,<br><br>And<br><br>JNT Technical Services, Inc. a New Jersey Corporation,<br><br>      Plaintiffs,<br>vs.<br><br>Thermal Technologies, Inc. an Oklahoma Corporation,<br><br>And<br><br>Xtreme Bolting Services, Inc. an Oklahoma Corporation<br><br>      Defendants. | Case No.<br><br>```<br>FILED: JUNE 24, 2008<br>08CV3611<br>JUDGE MANNING<br>MAGISTRATE JUDGE BROWN<br><br>PH<br>``` |

**PLAINTIFFS'
POWER HOUSE TOOL, INC. and JNT TECHNICAL SERVICES, INC.
NOTIFICATION PURSUANT TO LOCAL RULE 3.2**

      Plaintiffs, Power House Tool, Inc. and JNT Technical Services, Inc. make the following disclosure pursuant to Local Rule 3.2. Power House Tool, Inc. and JNT Technical Services, Inc. have no parent corporations and no publicly held company owns

1

ten percent (10%) or more of their stock.

Dated: June 24, 2008                                   Respectfully submitted,


                                        By:           /Kevin W. Guynn
                                              Kevin W. Guynn (ARDC No. 03124379)
                                              Greer, Burns & Crain, LTD.
                                              Suite 2500
                                              300 South Wacker Drive
                                              Chicago, IL 60606
                                              Telephone: (312) 360-0080