**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 cv 3611 |
| Power House Tool, Inc and JNT Technical Services Inc. | Judge Manning |
| | Magistrate Soat Brown |
| v. | |
| Thermal Technologies Inc. and Xtreme Bolting Services Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Thermal Technologies Inc. and Xtreme Bolting Services Inc.

NAME (Type or print)
CATHERINE SIMMONS-GILL

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Catherine Simmons-Gill

FIRM   OFFICES OF CATHERINE SIMMONS-GILL, LLC

STREET ADDRESS   221 North LaSalle St. Suite 2036,

CITY/STATE/ZIP   CHICAGO , IL  60601

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  ARDC 2159058     TELEPHONE NUMBER  312 609 6611

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   YES

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   YES

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   YES

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Power House Tool, Inc., an Illinois Corporation, and JNT Technical Services Inc., a New Jersey Corporation ,** ) ) ) ) ) | **Civil Action No. 08 C 3611** |
| **Plaintiffs,** ) ) | **Judge Blanche M. Manning** |
| v.   ) | **Magistrate Judge Geraldine Soat Brown** |
| **Thermal Technologies Inc. an Oklahoma Corporation and Xtreme Bolting Services Inc., an Oklahoma Corporation** ) ) ) ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the **APPEARANCE of Catherine Simmons-Gill, Offices of Catherine Simmons-Gill, LLC, representing Thermal Technologies Inc. and Xtreme Bolting Services Inc., Defendants,** was served upon the following counsel for parties by filing electronically with the CM/ECF system of the Clerk of the Court for the Northern District of Illinois this 22nd day of July 2008 which automatically results in electronic or other service on counsel for all parties.

**Kevin W. Guynn**
300 S.Wacker Dr. Ste 2500
Chicago, IL 60606
(312)360-0080 (telephone)
**kguynn@gbclaw.net**

*ATTORNEY TO BE NOTICED* representing **Power House Tool, Inc., and JNT Technical Services Inc., Plaintiffs.**

   s/Catherine Simmons-Gill
   Catherine Simmons-Gill