# Affidavit of Process Server

| Power House Tools, Inc., et al. | vs | Thermal Technologies, Inc., et al. | 08 CV 3611 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I _____,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Xtreme Bolting Services, Inc.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☒ Summons, Complaint, Exhibits A-P, Notices of Patent Suit
Attorney Appearances and Certifications under Local Rule 3.2

by serving (NAME) __Tim Decker, Shop Manager__

at ☐ Home _____
☒ Business __13515 S. 4190 Rd. Claremore OK__
☒ on (DATE) __07/02/08__ at (TIME) __3:45 PM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Tim Decker, Shop Manager__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( __07/02/08  3:45 PM__ ) ( _____ ) ( _____ )
DATE  TIME    DATE  TIME    DATE  TIME
( _____ ) ( _____ ) ( _____ )
DATE  TIME    DATE  TIME    DATE  TIME

**Description:**
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blond Hair  ☒ 36-50 Yrs.  ☒ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☒ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ OK  County of ~~Cook~~ Rogers

Subscribed and sworn to before me,
a notary public, this __2__ day of __July__, 20__08__

_NOTARY PUBLIC_

SERVED BY
LASALLE PROCESS SERVERS
IL Private Detective License#
117-001432

Notary Public Oklahoma
OFFICIAL SEAL
LINDA JONES
Tulsa County
01003491 Exp. 2-27-09

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

POWEWR HOUSE TOOLS, INC. and JNT
TECHNICAL SERVICES, INC.

V.

THERMAL TECHNOLOGIES, INC. and
XTREME BOLTING SERVICES, INC.

CASE NUMBER: 08CV3611

ASSIGNED JUDGE: JUDGE MANNING

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

XTREME BOLTING SERVICES, INC.
500 S. Lynn Riggs, PMS 125
Claremore, OK 74107

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin W. Guynn
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Dr., Ste. 2500
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_Paula Harrison_ (signature)
(By) DEPUTY CLERK

June 25, 2008
Date