**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Power House Tool, Inc., an Illinois Corporation, and JNT Technical Services, Inc., a New Jersey Corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Thermal Technologies, Inc., an Oklahoma Corporation, and Xtreme Bolting Services, Inc., an Oklahoma Corporation, | ) ) ) ) ) | Case No. 08 CV 3611 Honorable Blanche M. Manning |
| Defendants. | ) ) ) | Magistrate Judge Geraldine Soat Brown |
| Thermal Technologies, Inc., an Oklahoma Corporation, and Xtreme Bolting Services Inc., an Oklahoma Corporation, | ) ) ) ) | |
| Counter-plaintiffs, | ) ) | |
| v. | ) ) | |
| Power House Tool, Inc., an Illinois Corporation, and JNT Technical Services, Inc., a New Jersey Corporation, | ) ) ) ) | |
| Counter-defendants. | ) ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on this 7th of August, 2008, we have filed with the Clerk of the United States District Court for the Northern District Of Illinois, Eastern Division the Attorney APPEARANCE of Shawn Dellegar, Head, Johnson & Kachigian, P.C., representing Xtreme Bolting Services Inc., Defendant/ Counter Plaintiff.

August 7, 2008

Defendant/Counter-Plaintiff
Xtreme Bolting Services, Inc.


By: __/s/Catherine Simmons-Gill
        One of its Attorneys

Shawn M. Dellegar
Head, Johnson & Kachigian, P.C.
228 West 17th Place
Moore Manor
Tulsa, Oklahoma 74119
(918) 587-2000
Fax: (918) 584-1718
sdellegar@hjklaw.com

Catherine Simmons-Gill
Offices of Catherine Simmons-Gill, LLC
221 North LaSalle Street
Suite 2036
Chicago, Illinois 60601
312 609 6611
ARDC #2159058

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of the **APPEARANCE of Shawn Dellegar, Head, Johnson & Kachigian, P.C., representing Xtreme Bolting Services Inc., Defendant/ Counter Plaintiff and the related Notice of Filing** were filed on August 7, 2008 electronically with the Clerk of the Court for the Northern District of Illinois via the CM/ECF system which filing will result in notification of the filings to the attorney for plaintiffs as follows**:**

> **Kevin W. Guynn**
> Greer, Burns & Crain, Ltd.
> 300 S. Wacker Dr. Ste 2500
> Chicago, IL 60606
> (312)360-0080 (telephone)
> **kguynn@gbclaw.net**

                         __/s/ Catherine Simmons-Gill
                         Catherine Simmons-Gill