**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08-cv-03611

Power House Tools, Inc. et al. v. Thermal Technologies, Inc. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Thermal Technologies, Inc.

| NAME (Type or print) |
| --- |
| Gerald Williams |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ Gerald Williams |

| FIRM   Balogh & Williams |
| --- |

| STREET ADDRESS |
| --- |
| 324 S. Main, Suite 601 |

| CITY/STATE/ZIP   Tulsa, OK 74103 |
| --- |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  918-599-9007 |
| --- | --- |
|  |  |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL

## **CERTIFICATE OF SERVICE**

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of the **APPEARANCE of Gerald Williams, Balogh and Williams, representing Thermal Technologies, Inc., Defendant/ Counter Plaintiff and the related Notice of Filing** were filed on August 12, 2008 electronically with the Clerk of the Court for the Northern District of Illinois via the CM/ECF system which filing will result in notification of the filings to the attorney for plaintiffs as follows**:**

**Kevin W. Guynn**
Greer, Burns & Crain, Ltd.
300 S. Wacker Dr. Ste 2500
Chicago, IL 60606
(312)360-0080 (telephone)
**kguynn@gbclaw.net**

   /s/ Catherine Simmons-Gill
Catherine Simmons-Gill