UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Power House Tool, Inc., an Illinois Corporation, and JNT Technical Services, Inc., a New Jersey Corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Thermal Technologies, Inc., an Oklahoma Corporation, and Xtreme Bolting Services, Inc., an Oklahoma Corporation, | ) ) ) ) | Case No. 08 CV 3611 Honorable Blanche M. Manning |
| Defendants. | ) ) ) | Magistrate Judge Geraldine Soat Brown |
| Thermal Technologies, Inc., an Oklahoma Corporation, and Xtreme Bolting Services Inc., an Oklahoma Corporation, | ) ) ) ) | |
| Counter-plaintiffs, | ) ) | |
| v. | ) ) | |
| Power House Tool, Inc., an Illinois Corporation, and JNT Technical Services, Inc., a New Jersey Corporation, | ) ) ) ) | |
| Counter-defendants. | ) ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this 12th of August, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the Attorney APPEARANCE of Gerald Williams, Balogh and Williams, representing Thermal Technologies, Inc., Defendant/ Counter Plaintiff.

August 12, 2008

Defendant/Counter-Plaintiff
Thermal Technologies, Inc.,

By: __/s/Catherine Simmons-Gill__
      One of its Attorneys

Gerald Williams
Balogh and Williams
324 S. Main St., Suite 601
Tulsa, Oklahoma 74103
(918) 599 9077
(918) 599 8316
jwilliams@baloghcherrylaw.com


Catherine Simmons-Gill
Offices of Catherine Simmons-Gill, LLC
221 North LaSalle Street
Suite 2036
Chicago, Illinois 60601
312 609 6611
ARDC #2159058

**CERTIFICATE OF SERVICE**

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of the **APPEARANCE of Gerald Williams, Balogh and Williams, representing Thermal Technologies, Inc., Defendant/ Counter Plaintiff and the related Notice of Filing** were filed on August 12, 2008 electronically with the Clerk of the Court for the Northern District of Illinois via the CM/ECF system which filing will result in notification of the filings to the attorney for plaintiffs as follows**:**

**Kevin W. Guynn**
Greer, Burns & Crain, Ltd.
300 S. Wacker Dr. Ste 2500
Chicago, IL 60606
(312)360-0080 (telephone)
**kguynn@gbclaw.net**

   /s/ Catherine Simmons-Gill
Catherine Simmons-Gill