**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:    08-cv-03611

Power House Tool, Inc. et al. v. Thermal Technologies, Inc. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Xtreme Bolting Service, Inc., Defendant/Counterclaim Plaintiff

| |
|---|
| NAME (Type or print) <br> Shawn M. Dellegar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/Shawn M. Dellegar |
| FIRM <br> Head, Johnson & Kachigian, P.C. |
| STREET ADDRESS <br> 228 West 17th Place |
| CITY/STATE/ZIP <br> Tulsa, Oklahoma 74119 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (918) 587-2000 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL                          APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of the **APPEARANCE of Shawn Dellegar, Head, Johnson & Kachigian, P.C., representing Xtreme Bolting Services Inc., Defendant/ Counter Plaintiff and the related Notice of Filing** were filed on August 7, 2008 electronically with the Clerk of the Court for the Northern District of Illinois via the CM/ECF system which filing will result in notification of the filings to the attorney for plaintiffs as follows**:**

>   **Kevin W. Guynn**
>   Greer, Burns & Crain, Ltd.
>   300 S. Wacker Dr. Ste 2500
>   Chicago, IL 60606
>   (312)360-0080 (telephone)
>   **kguynn@gbclaw.net**

                                                                                  /s/ Catherine Simmons-Gill
                                                                                 Catherine Simmons-Gill