# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08-cv-03611

Power House Tools, Inc. et al. v. Thermal Technologies, Inc. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Thermal Technologies, Inc.

| |
|---|
| NAME (Type or print)<br>Gerald Williams |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Gerald Williams |
| FIRM   Balogh & Williams |
| STREET ADDRESS<br>324 S. Main, Suite 601 |
| CITY/STATE/ZIP   Tulsa, OK 74103 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 918-599-9007 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>RETAINED COUNSEL                                APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

The undersigned, Gerald Williams, an attorney, certifies that a copy of the **APPEARANCE of Gerald Williams, Balogh & Williams, representing Thermal Technologies, Inc., Defendant/Counter Plaintiff and the related Notice of Filing** were filed on August 18, 2008 electronically with the Clerk of the Court for the Northern District of Illinois via the CM/ECF system which filing will result in notification of the filing to the attorney for plaintiffs as follows:

**Kevin W. Guynn**
Greer, Burns & Crain, Ltd.
300 S. Wacker Dr., Suite 2500
Chicago, IL 60606
(312) 360-0080
**kguynn@gbclaw.net**

                                              /s/ Gerald Williams
                                              Gerald Williams