UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Power House Tool, Inc., an Illinois Corporation, and JNT Technical Services, Inc., a New Jersey Corporation,<br><br>    Plaintiffs<br><br>vs.<br><br>Thermal Technologies, Inc., an Oklahoma Corporation, and Xtreme Bolting Services Inc., an Oklahoma Corporation,<br><br>    Defendants.<br><br>Thermal Technologies, Inc., an Oklahoma Corporation, and Xtreme Bolting Services Inc., an Oklahoma Corporation,<br><br>    Counter-plaintiffs,<br><br>vs.<br><br>Power House Tool, Inc., an Illinois Corporation, and JNT Technical Services, Inc., a New Jersey Corporation,<br><br>    Counter-defendants. | Case No. 08CV3611<br><br>Honorable Judge Blance M. Manning<br>Magistrate Judge Geraldine Brown<br>Soat Brown |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this 18th of August, 2008 we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the Attorney APPEARANCE of Gerald Williams, Balogh & Williams, representing Thermal Technologies, Inc., Defendant/Counter Plaintiff.

August 14, 2008

                                                                              Defendant/Counter-Plaintiff

Thermal Technologies, Inc.


By: /s/ Gerald Williams
       One of its Attorneys

Gerald Williams
Balogh & Williams
324 S. Main, Suite 601
Tulsa, Oklahoma 74103
(918) 599-9007
Fax: (918) 599-8316
jwilliams@baloghcherrylaw.com

Catherine Simmons-Gill
Offices of Catherine Simmons-Gill
221 North LaSalle Street, Suite 2036
Chicago, Illinois 60601
(312) 609-6611
ARDC #2159058

## CERTIFICATE OF SERVICE

The undersigned, Gerald Williams, an attorney, certifies that a copy of the **APPEARANCE of Gerald Williams, Balogh & Williams, representing Thermal Technologies, Inc., Defendant/Counter Plaintiff and the related Notice of Filing** were filed on August 18, 2008 electronically with the Clerk of the Court for the Northern District of Illinois via the CM/ECF system which filing will result in notification of the filing to the attorney for plaintiffs as follows:

**Kevin W. Guynn**
Greer, Burns & Crain, Ltd.
300 S. Wacker Dr., Suite 2500
Chicago, IL 60606
(312) 360-0080
**kguynn@gbclaw.net**

                                                  /s/ Gerald Williams
                                                  Gerald Williams